HOLMES, BOOTH & HAYDENS, Respondent, *v.* EBERHARD FABER, Appellant.

CHARLES LEONARD et al., Respondents, *v.* SAME, Appellant.

*Holmes, Booth & Haydens* v. *Faber*, 1 App. Div. 631, affirmed; *Leonard* v. *Faber*, 1 App. Div. 632, affirmed.

(Argued June 8, 1896; decided October 6, 1896.)

APPEALS from orders of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1896, and from interlocutory judgments of the Supreme Court, entered February 17, 1896, which affirmed interlocutory judgments of the Court of Common Pleas for the city and county of New York in favor of plaintiffs overruling demurrers to the complaints.

Upon certificates of the Appellate Division, presenting the same question of law as that presented in *Bank of Metropolis* v. *Faber* (*ante*, p. 200).

*B. F. Tracy* for appellant.

*D. M. Porter* for respondents.

Orders affirmed, with costs, and the question answered in the affirmative, with leave to the defendants to answer within twenty days upon payment of costs.

All concur.